**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

KATHLEEN HOLBROOK,

    **Plaintiff,**

        **v.**

ANCHOR GLASS CONTAINER
CORPORATION,

    **Defendants.**

**Case No.** 22-CV-229-FAB-JAR

**PARTIAL JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 48), all of plaintiff's Title VII claims, FMLA claims, and the failure to accommodate claim pursuant to ADA are **DISMISSED with prejudice.**

    **IT IS SO ORDERED.**

San Juan, Puerto Rico, May 6, 2026.

                        s/ Francisco A. Besosa
                        FRANCISCO A. BESOSA
                        SENIOR UNITED STATES DISTRICT JUDGE